USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBINSON JIMENEZ,<br><br>Petitioner,<br><br>-v -<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | 1:26-cv-6005-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On October 16, 2026, the Court ordered Petitioner to show cause by October 19, 2026, as to why this action should not be dismissed for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m). Dkt. No. 5. Petitioner's counsel filed a letter on October 17, 2026, stating that he "anticipated that he would receive a summons issued by the Court Clerk so that service could properly be affected upon the Respondents." Dkt. No. 6. Federal Rule of Civil Procedure 4(c) states that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Mistake or inadvertence of counsel does not constitute 'good cause' justifying failure to effect timely service of process.

Because Petitioner has not shown good cause regarding his failure to effectuate timely service on Respondents, this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge